IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:18-CR-60-002 |
| | § | |
| YANEY GURRUSQUIETA | § | |

## ELEMENTS OF THE OFFENSE

### Count 1

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 4 (Misprision of felony) |
| PENALTY: | A fine of not more than $250,000; imprisonment for not more than three (3) years; or both.  A term of supervised release of not more than one (1) year. |
| MANDATORY ASSESSMENT: | $100.00. |

The Defendant is charged in Count 1 of the Information with misprision of felony, in violation of 18 U.S.C. § 4.

The essential elements which must be proven to establish a violation of this offense are:

**First**:  That a federal felony was committed, that is, conspiracy to possess with intent to distribute and distribute cocaine, in violation of 21 U.S.C. § 846, as charged in Count 1 of the Information;

**Second**:  That the Defendant had knowledge of the commission of the felony;

**Third**:  That the Defendant failed to notify an authority as soon as possible; and

**Fourth**:   That the Defendant did an affirmative act, as charged, to conceal the crime.[1]

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/ Alan R. Jackson*_____
Alan R. Jackson
Assistant U. S. Attorney
110 North College St., Suite 700
Tyler, Texas 75702
(903) 590-1400
State Bar No. 10453300
alan.jackson@usdoj.gov

CERTIFICATE OF SERVICE

On March 5, 2019, I, Alan R. Jackson, Assistant U. S. Attorney for the Eastern District of Texas, do hereby certify that a true and correct copy of the foregoing instrument has been served on the following according to the Federal Rules of Criminal Procedure and the rules of this Court:   J. Brett Harrison, attorney for the Defendant.

*/s/   Alan R. Jackson*_____
ALAN R. JACKSON

---

[1] Fifth Circuit Pattern Jury Instructions (Criminal), § 2.06 (2015).